**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01441-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-01024-2014

## ORDER

Before the Court is appellant's December 1, 2014, motion to extend time to file the reporter's record. In her motion, appellant requests forty-five days to pay for the reporter's record. Because this is an accelerated appeal, we **GRANT** appellant's request to the extent that we extend the time to pay or make arrangements to pay for the reporter's record for **TWENTY DAYS**. Appellant shall provide this Court with written proof of payment or arrangements to pay for the reporter's record within **TWENTY-FIVE DAYS** of the date of this order. The reporter's record shall be due **TEN DAYS** after appellant provides written proof of payment or arrangements to pay for the reporter's record.

/s/     CRAIG STODDART
           JUSTICE